IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| KAREN JAMILETH MONRROY ALVARENGA, | * | |
| | * | |
| Petitioner, | * | |
| | * | Civ. No.: MJM-26-327 |
| v. | * | |
| | * | |
| VERNON LIGGINS, *et al.*, | * | |
| | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

Upon review of a joint notice filed by the parties, *see* ECF No. 5, the Court entered an Order on February 6, 2026, granting petitioner Karen Jamileth Monrroy Alvarenga's petition for a writ of habeas corpus in part, finding that she was entitled to a bond hearing, and directing that the bond hearing be conducted before an immigration court by February 20, 2026. ECF No. 6. On February 27, 2026, the parties filed a timely joint status report confirming that an immigration court in Annandale, Virginia conducted a bond hearing for the petitioner on February 19, 2026, although the court denied bond. ECF No. 7. The parties agree that this case may be closed. *Id.*

Accordingly, it is by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The petition for a writ of habeas corpus is DISMISSED;

2. The Clerk SHALL CLOSE this case.

It is so ORDERED this 27th day of February, 2026.

_____/S/_____

Matthew J. Maddox
United States District Judge